UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. 2:24-cr-00725-ODWII | Date: 01/30/2025 |
| Present: The Honorable: Karen L. Stevenson, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Gay Roberson | CS 01/30/2025 | Matthew Tang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✓ Present   Released on Bond     Attorneys for Defendants:   ✓ Present   Retained

Julie Anne Darrah                                              Edward M. Robinson

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
                                                  Initial Appearance

\* Defendant states true name is the name on the charging document.
\* Defendant is arraigned under name on charging document.
\* Defendant acknowledges having read the charging document and discussed it with counsel.
\* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
\* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with her attorney, and if so whether the defendant has formally waived that right.
\* Defendant signs waiver of indictment in court.
\* Waiver of Indictment is submitted, accepted by the Court, and filed.
\* This case is assigned to Judge Otis D. Wright.
\* Counsel are ordered to contact the court clerk Sheila English at (213) 894-8266 regarding the setting of dates for the guilty plea and all further proceedings. Judge Wright is located in 5D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA    PSAED    PSASA         Initial Appearance/Appointment of Counsel: 00 : 00
    USMLA    USMED    USMSA                                Arraignment: 00 : 03
    Statistics Clerk   Interpreter              Initials of Deputy Clerk: GR by TRB
    CJA Supervising Attorney   Fiscal

CR-11A                    Criminal Minutes – Arraignment                    Page 1