FILED
CLERK, U.S. DISTRICT COURT

JAN 30 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>24-CR-00725-ODW |
|---|---|
| Julie Anne Darrah<br>DEFENDANT | **WAIVER OF INDICTMENT** |

I, __Julie Anne Darrah__, the above-named defendant, who is accused of __18 USC 1343, 981 and 28 USC 2461(e)__, in violation of __wire fraud__, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __1/30/25__, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

__1/30/25__
Date

×___[signature]___
Defendant

__1/30/25__
Date

___[signature]___
Counsel for Defendant

__1/30/2025__
Date

___[signature]___
Before: Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter